UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

JOSEPH LEE BELL,

       Plaintiff,

       v.                                 Case No. 07-C-0058

RICK LYONS,
BILL JOHNSON,
GLENDA MEEKS,
RODNEY K. McLAIN,
CARL SANFORD,
MARK ZBIERANEK,

       Defendants.

**DECISION AND ORDER ADOPTING RECOMMENDATION OF
MAGISTRATE JUDGE AARON E. GOODSTEIN (DOC. # 3)**

On January 30, 2007, Magistrate Aaron E. Goodstein issued an order denying plaintiff's motion to proceed in forma pauperis and recommending that this court dismiss this case. In accordance with 28 U.S.C. §636(b)(1)(A) and General Local Rule 72.3, plaintiff filed an objection on February 1, 2007. In his objection, plaintiff seems to request that the court reconsider the magistrate judges' order and recommendation that his case be dismissed. However, he fails to state specific grounds upon which he objects or specific errors he believes were made by the magistrate judge.

The district court reviews magistrate judge's recommendations to which there have been no objections using a clear error or contrary to law standard. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The clear error standard means that the court will overturn the magistrate judge's ruling only if it is "left with the definite and firm conviction that a mistake has been made." *Weeks*

*v. Samsung Heavy Indus. Co.*, 126 F.3d 926, 943 (7th Cir. 1997). Judge Goodstein's recommendation is not clearly erroneous and is supported by the record.

Even if this court were to construe Bell's objection as specific enough to trigger de novo review, there is no reason to come to a different conclusion than Judge Goodstein. Bell's complaint asserts state law claims of slander, discrimination and defamation of character, and it does not include any information suggesting how these involve questions of federal law. Furthermore, although Bell's complaint states that he his filing "this 1983 civil rights complaint against M.A.T.C. for slander, discrimination and defamation of character," he fails to identify any state actor from M.A.T.C. who participated in the alleged misconduct. (Compl. at 3.) Finally, there is nothing in the complaint indicating diversity of citizenship which would allow Bell to bring state claims in federal court. Therefore,

IT IS ORDERED that the January 30, 2007, recommendation of Magistrate Judge Aaron E. Goodstein is adopted.

Dated at Milwaukee, Wisconsin, this 23rd day of February, 2007.

BY THE COURT

s/ C. N. CLEVERT, JR.

C. N. CLEVERT, JR.
U. S. District Judge